IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-2090-WYD-BNB

JOHN DOE,

    Plaintiff,

v.

ARCHDIOCESE OF DENVER, a corporation sole,

    Defendant.

## ARCHDIOCESE OF DENVER'S SUPPLEMENT TO NOTICE OF FILING NOTICES OF REMOVAL AND MOTION TO CONSOLIDATE

TO THE HONORABLE COURT:

    Please take notice that on October 21, 2005, defendant Archdiocese of Denver (the "Archdiocese") filed four Notices of Removal removing this action and three other state court actions to the U.S. District Court for the District of Colorado.  The three actions have now been assigned the following Civil Action Numbers by the U.S. District Court Clerk's office:

    *Roger Colburn v. Archdiocese of Denver*, Civil Action No. 05-cv-2089-REB-CBS;

    *Jane Doe v. Archdiocese of Denver*, Civil Action No. 05-cv-2102-WDM-PAC; and

    *Pat Hergenreter v. Archdiocese of Denver*, Civil Action No. 05-cv-2101-WYD-OES.

    The Archdiocese also contemporaneously filed a Motion to Consolidate ("Motion") the above cases with the case styled *Delbert C. Nielsen v. Archdiocese of Denver, a corporation*

*sole*, Civil Action No. 05-cv-1910-LTB-CBS (the "Nielsen Action"), pending before U.S. District Judge Lewis T. Babcock in this court.  In its Motion, the Archdiocese is requesting that the above actions and the Nielsen Action be consolidated for purposes of pretrial proceedings.  The Archdiocese has previously filed a Motion to Consolidate the action styled *Greg Roberts v. Archdiocese of Denver,* 05-cv-1911-PSF-BNB ("Roberts Consolidation Motion") with the Nielsen Action for the purpose of pretrial proceedings.  On October 11, 2005, Judge Babcock entered a minute order setting a briefing schedule on the Roberts Consolidation Motion.

Dated:  October 25, 2005.

Respectfully submitted,

s/ Douglas B. Tumminello

Douglas B. Tumminello
ROTHGERBER JOHNSON & LYONS LLP
1200 Seventeenth Street, Suite 3000
Denver, Colorado 80202
Telephone:  (303) 623-9000
Facsimile:  (303) 623-9222
Email:  Dtumminello@Rothgerber.com
**D.C. Box 11**

ATTORNEYS FOR DEFENDANT
ARCHDIOCESE OF DENVER

## CERTIFICATE OF SERVICE

       I hereby certify that on the 25th day of October, 2005, a true and correct copy of the foregoing **ARCHDIOCESE OF DENVER'S SUPPLEMENT TO NOTICE OF FILING NOTICES OF REMOVAL AND MOTION TO CONSOLIDATE** was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

    Alan G. Molk
    Alan G. Molk Law Firm
    6400 South Fiddler's Green Circle, #1920
    Greenwood Village, CO 80111
    Telephone: 303-290-8808
    Fax:  303-290-8851
    alanmolk@aol.com

and a copy of the same was mailed to the following non CM/ECF participants in the manner indicated by the non-participant's name:

    Jeffrey M. Herman, Esq.         (First Class Mail)
    Herman & Mermelstein, P.A.
    18205 Biscayne Blvd.
    Miami, FL  33160
    Telephone:  305-931-2200
    Fax:  305-931-0877
    jherman@hermanlaw.com


       s/ Douglas B. Tumminello
    _____
    Douglas B. Tumminello
    ROTHGERBER JOHNSON & LYONS LLP
    1200 Seventeenth Street, Suite 3000
    Denver, Colorado 80202
    Telephone:  (303) 623-9000
    Facsimile:  (303) 623-9222
    Email:  dtumminello@rothgerber.com

    ATTORNEYS FOR DEFENDANT
    ARCHDIOCESE OF DENVER